**RECEIVED**

DEC 05 2024

HEALTH CARE
ALTERNATIVE DISPUTE
RESOLUTION OFFICE

## CERTIFICATE OF QUALIFIED EXPERT

I, Daniel T. Ginat, M.D., do hereby attest:

1. I am a licensed medical doctor, board certified in Radiology.

2. Within five (5) years of the events at issue in this matter, I had clinical experience, provided consultation relating to clinical practice or taught health care in the same specialty or a related field of health care as that of the providers discussed herein.

3. I have reviewed the 07/16/20 MRI of Dawn West and other materials including the report authored by Julian Thayer Simmons, M.D.

4. Based upon my review, as is further discussed in my attached report, it is my opinion to a reasonable degree of medical probability that Julian Thayer Simmons, M.D. failed to practice in accordance with the standards of practice among members of the same health care profession with similar training and experience at the time relevant to the care rendered in this matter. It is also my opinion, as is further discussed in my attached report, that Julian Thayer Simmons, M.D.'s departures from the standard of care proximately caused injury to Dawn West.

5. I did not during the past twelve (12) months devote more than 25% of my professional activities to activities that directly involve testimony in personal injury claims.

6. I incorporate my attached report as if set forth herein.

D.G/ZX

_____
Daniel T. Ginat, M.D.



**PLAINTIFF'S EXHIBIT**

**1**