Daniel T. Ginat, M.D.
5111 S. Kenwood Avenue
Chicago, IL 60615

Jeffrey L. Peek, Esquire
Cardaro & Peck, LLC
201 North Charles Street
Suite 2100
Baltimore, Maryland 21201



Re: Dawn West

Dear Mr. Peek:

This is my report based upon my review of the materials submitted regarding Dawn West. I have blindly reviewed the 07/16/20 MRI of the temporomandibular joints of Dawn West. Following this review, I then reviewed the 05/02/22 MRI and records for comparison, including the report of Julian Thayer Simmons, M.D.

Based upon my review, it is my opinion to a reasonable degree of medical probability that Julian Thayer Simmons, M.D., as described below, violated the applicable standards of care, and caused injury to Dawn West.

On 07/16/20, an MRI was performed to evaluate the temporomandibular joints of Dawn West. Ms. West had a history of thyroid cancer and had been experiencing right-sided pain and swelling for several years. The MRI was interpreted and reported by Julian Thayer Simmons, M.D. Dr. Simmons interpreted the MRI to be essentially normal.

Ms. West continued to have symptoms and on 05/02/22 an MRI of the neck revealed a mass on the right side in the superficial and deep superior parotid gland which measures approximately 4.2 cm. The mass was biopsied, and Ms. West was diagnosed with adenoid cystic carcinoma of the parotid gland. Ms. West underwent surgery, and pathology revealed the parotid adenoid cystic carcinoma tumor to be stage pT3N1. There was 2.5 cm extending to the specimen edge, perineural and lymphovascular invasion was present, and 1/9 lymph nodes were positive for carcinoma.

The 7/16/20 MRI demonstrated an abnormal mass in Ms. West's right parotid gland. This mass grew between 2020 and 2022 when it was identified, biopsied and found to be adenoid cystic carcinoma.

The standard of care required Julian Thayer Simmons, M.D., to identify and report a suspicious mass in Ms. West's right parotid gland on the 7/16/20 MRI. In addition, the standard of care required Dr. Simmons to recommend follow-up studies and evaluation of the mass.

Julian Thayer Simmons, M.D., violated the standard of care by failing to identify and report a suspicious mass in Ms. West's right parotid gland on the 7/16/20 MRI. In addition, Dr.



Simmons violated the standard of care by failing to recommend follow-up studies and evaluation of the mass.

As a result of the deviations from the standard of care described herein, Ms. West was injured because there was a delay in the diagnosis of her parotid cancer.

I reserve the right to modify or amend the opinions set forth herein should additional information become available.

Respectfully,

Daniel T. Ginat, M.D.