## IN THE HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION
## OFFICE OF MARYLAND

**DAWN R. WEST, et al.**                    *

    *Claimants,*                            *

v.                                          *      **HCAO NO.:**

**ADVANCED RADIOLOGY, et al.**             *

    *Health Care Providers.*                *



RECEIVED DEC 05 2024 HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ELECTION TO WAIVE ARBITRATION

Pursuant to Md. Cts. & Jud. Proc. Code Ann. §3-2A-06(B), et seq., Claimants hereby waive arbitration. The venue is proper for this case in the United States District Court for the District of Maryland.

Respectfully submitted,

_(signature)_

Thomas C. Cardaro, Esq. (AIS No. 198512010072)
Jeffrey L. Peek, Esq. (AIS No. 199106200228)
C. Drew Fritch, Esq. (AIS No. 200212170285)
John J. Sellinger, Esq. (AIS No. 7512010285)
John R. Varney, Esq. (AIS No. 2211290242)
***Cardaro & Peek, L.L.C.***
201 North Charles Street
Suite 2100
Baltimore, Maryland 21201
(410) 752-6166
tcc@cardarolaw.com
***Attorneys for Claimants***

CARDARO & PEEK, LLC
ATTORNEYS AT LAW
201 NORTH CHARLES STREET
SUITE 2100
BALTIMORE, MARYLAND 21201

(410) 752-6166
TELECOPIER
(410) 752-6013

PLAINTIFF'S EXHIBIT 3