UPON COMPLETION OF YOUR CASE IN THE CIRCUIT COURT OR U.S. DISTRICT COURT
PLEASE NOTIFY THIS OFFICE OF THE OUTCOME OF THE NAMED PHYSICIANS, NURSE, ETC.
SO THAT WE MAY KEEP UPDATED RECORDS FOR THE GENERAL PUBLIC

| | | |
|---|---|---|
| DAWN R. WEST and STEVEN WEST | * | BEFORE THE |
| | * | |
| Claimants | * | HEALTH CARE |
| | * | |
| | * | ALTERNATIVE DISPUTE |
| | * | |
| v. | * | RESOLUTION OFFICE |
| | * | |
| | * | |
| JULIAN THAYER SIMMONS, M.D., et al. | * | |
| | * | |
| | * | |
| Health Care Providers | * | HCA No.: 2024-493 |
| | * | |

## ORDER OF TRANSFER

The Claimants, by and through counsel, having elected a Waiver of Arbitration under the

provisions of Annotated Code of Maryland, Courts and Judicial Proceedings, Article, § 3-2A-06B, it

is this _____ day of _____, 2024, by the Health Care Alternative Dispute

Resolution Office,

ORDERED, that this case shall be and is hereby, transferred to the United States

District Court, or to the Circuit Court of the appropriate venue.

HARRY L. CHASE, DIRECTOR
Health Care Alternative Dispute Resolution Office

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the above ORDER OF TRANSFER have been mailed,

postage prepaid, to all counsel.

HARRY L. CHASE, DIRECTOR

PLAINTIFF'S
EXHIBIT
4