**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DAWN R. WEST,** *et al.* Plaintiffs, v. **KAREN T. PITMAN, M.D.** *et al.* Defendants. | Case No. 1:24-cv-00333 (Lead Case) |
| **DAWN R. WEST,** *et al.* Plaintiffs, v. **Advanced Radiology, P.A.,** *et al.* Defendants. | Case No. 1:25-cv-00292 (Consolidated w/ 1:24-cv-00333) |

## JOINT STATUS REPORT

COME NOW the Parties, by and through their respective counsel, and pursuant to this Court's instructions, file this Joint Status Report, and state as follows:

1. This is a medical malpractice action in which the Plaintiffs claim that Defendants negligently caused a delay in the diagnosis and treatment of a malignant tumor in Mrs. West's parotid gland. All Defendants deny all allegations of negligence, causation, and damages.

2. The Parties have exchanged expert designations and conducted depositions. All of Plaintiffs' experts have been deposed. Plaintiffs elected not to depose any of the Defendants' experts.

3. No motions are pending as of this status report, however, Defendants JHU and Dr. Pitman intend to file a motion requesting a HIPAA-qualified protective order enabling their counsel to

1

speak with Plaintiffs' healthcare providers at the University of Maryland. The remaining Defendants are still evaluating and reserve the right to join and/or request similar relief. Plaintiffs object to any such motion being filed by the Defendants.

4.  No other depositions are needed or scheduled at this time, and discovery has been completed. On August 15, 2025, Defendants JHU and Karen T. Pitman, M.D. identified and produced additional medical literature. Plaintiffs reserve the right to review this literature and supplement their expert designations in response. JHU and Dr. Pitman do not object to Plaintiffs' supplementation.

5.  The Parties do not believe that sending this case before a Magistrate Judge for potential settlement discussions would be beneficial at this time. Should the parties wish to engage in settlement discussions, this will likely occur with private mediation.

6.  The Parties do not agree to have this case tried before a Magistrate Judge and request that this case be tried before a District Court Judge. A jury trial has been demanded and the trial is expected to last ten days.

7.  Defendants JHU, Dr. Pitman, and GBMC intend to file a motion for summary judgment on Plaintiffs' failure to establish causation as to the alleged breaches in the standard of care by Dr. Pitman.  The remaining Defendants are still evaluating and reserve the right to join and/or request similar relief

8.  As expert depositions were just recently completed, the Defendants are still evaluating the potential for future Daubert / Motions in Limine.

Respectfully submitted,

/s/ Jeffrey L. Peak, (w/ permission)
Thomas C. Cardaro, Esq. (Bar No.: 04972)
Jeffrey L. Peak, Esq.
(Bar No.: 09121)
C. Drew Fritsch, Esq.
(Bar No.: 28775)
Cardaro & Peek, L.L.C.
201 N Charles St., Suite 2100
Baltimore, Maryland 21201
tcc@cardarolaw.com
jlp@cardarolaw.com
cdf@cardarolaw.com *Counsel for Plaintiffs*

/s/ Michelle Lynn Davidson Dian, (w/ permission)
Michelle Lynn Davidson Dian, Esq.
(Bar No.: 19516)
Waranch & Brown, LLC
1301 York Rd, Suite 300
Baltimore, MD 21093
mdian@waranch-brown.com *Counsel for Greater Baltimore Medical Center, Inc.*

/s/ Marianne DePaulo Plant,
Marianne DePaulo Plant, Esq.
(Bar No.: 26604)
Joseph P. Kavanagh, Esq.
(Bar No.: 30694)
Goodell De Vries Leech and Dann LLP One South St Ste 2000
Baltimore, MD 21202
mdp@gdldlaw.com
*Counsel for Karen T. Pitman, M.D.*

/s/ John J. Murphy, III, (w/ permission)
John J. Murphy, III, Esq.
(Bar No.: 14407)
Walker, Murphy, & Nelson, LLP
9210 Corporate Boulevard, Suite 320
Rockville, MD 20850
jmurphy@walkermurphy.com
*Counsel for Robert M. Grill, D.D.S. and TMJ/Facial Pain Center, LLC*

/s/ Curtis H Booth, (w/ permission)
Curtis H Booth, Esq.
(Bar No.: 24662)
Booth Cropper & Marriner, P.C. 130 N Washington St.
Easton, MD 21601
cbooth@bbcmlmv.com
*Counsel for Daniel J. Kelley, M.D.*

Michael K. Wiggins, Esq.
(Bar No.: 12466)
Trevor M. Shaw, Esq.
(Bar No.: 21654)
mkw@wigginslawpc.com
tms@wigginslawpc.com
10211 Wincopin Circle
Suite 302
Columbia, MD 21044
Tel: (410) 935-1853

3

*Counsel for Advanced Radiology, P.A. and*
*Julian Thayer Simmons, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Status Report was served electronically on this 15th day of August 2025 to:

Jeffrey L. Peak, Esq.
Cardaro & Peek, L.L.C.
201 N Charles St., Suite 2100
Baltimore, Maryland 21201
jlp@cardarolaw.com
*Counsel for Plaintiffs*

Marianne DePaulo Plaint, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, Maryland 21202
mdp@GDLDLAW.com
*Counsel for Defendants JHU and Karen T. Pitman, M.D.*

Michelle L. Dian, Esq.
Waranch & Brown, LLC
1301 York Road, Suite 300
Lutherville, Maryland 21093
mdian@waranch-brown.com
*Counsel for Defendant GBMC*

Curtis H. Booth, Esq.
Booth, Cropper, Marriner, P.C.
130 North Washington Street
Easton, MD  21601
cbooth@bbcmlaw.com
*Counsel for Defendant Kelley, M.D. and Eastern Shore ENT*

John J. Murphy, III, Esq.
Walker, Murphy, & Nelson, LLP
9210 Corporate Boulevard, Suite 320
Rockville, MD 20850
jmurphy@walkermurphy.com
*Counsel for Robert M. Grill, D.D.S. and TMJ/Facial Pain Center, LLC*

*/s/ Joseph Kavanagh,*            .
Joseph P. Kavanagh, Esq.

5